**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ROBERT ANDERSON, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | No. 2:17-cv-00982-RAJ<br><br>~~PROPOSED~~ STIPULATION AND ORDER RE SUBSTITUTING PROPER ENTITY |

## I.   STIPULATION

The parties, through their undersigned counsel, agree and stipulate that Allstate Indemnity Company is the proper insuring entity in this case and should be substituted in place of Allstate Insurance Company as the Defendant in the caption.

DATED this 19th day of July, 2017.

| | |
|---|---|
| THE RUSING FIRM | REED McCLURE |
| _s/Gary Rusing_____<br>Gary M. Rusing, WSBA No. 833<br>Attorney for Plaintiff | s/Michael S.; Rogers_____<br>Michael S. Rogers, WSBA No. 16423<br>Attorneys for Allstate Indemnity Company |

STIPULATION AND ORDER RE
SUBSTITUTING PROPER ENTITY– 1
NO. 2:17-CV-00982-RAJ

REED M$^c$CLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

060349.099542 17-982.Anderson v. Allstate - Order Substituting Proper Entity

## II.   ORDER

Based on the foregoing Stipulation, it is ordered that Allstate Indemnity Company, as the proper insuring entity in this case, shall be substituted in place of Allstate Insurance Company as the Defendant in the caption.

SIGNED this 28th day of July, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER RE
SUBSTITUTING PROPER ENTITY– 2
NO. 2:17-CV-00982-RAJ

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

060349.099542  17-982.Anderson  v. Allstate - Order Substituting Proper Entity